UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                            )
                                  )
    Antonio Morales          )           No. 20-13571
                                  )
                                  )           Chapter 13
                                  )
_____

Creditor:    Emergency Physician Associates of S Jersey

NOTICE OF WITHDRAWAL OF CLAIM

    Notice is hereby given that Emergency Physician Associates of S Jersey hereby withdraws claim number 6 previously filed in this matter on April 27, 2020.

Respectfully Submitted,

By: _____/s/ Ty Anthony Riha_____

    Ty Anthony Riha
    DCM Services / Bankruptcy
    PO Box 1123
    Minneapolis, MN 55440
    Phone: 612-243-8554
    Fax: 612-243-8309