ANTONIO MORALES
4514 COOPER AVENUE
PENNSAUKEN, NJ 08109

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002-2977
(856) 663-5002

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)**

| | |
|---|---|
| In Re:<br><br>ANTONIO E. MORALES<br><br><br><br>Debtor(s). | Proceedings in Chapter 13<br><br>Case No.: 20-13571-JNP<br><br>**TRUSTEE'S STATEMENT PURSUANT TO 11 U.S.C. §§ 1302(c), 1106(a)(3), and 1106(a)(4)** |

    The Chapter 13 Standing Trustee hereby submits this Statement of Investigation of the financial affairs of the Debtor(s) pursuant to 11 U.S.C. §§ 1302(c), 1106(a)(3) and 1106(a)(4).

    1.   The Trustee's office has conducted a § 341(a) Meeting of Creditors and a business examination which consisted of the review of the Petition, Schedules A - J, Statement of Financial Affairs, and Statement of Current Monthly Income, including a comparison between the Debtor(s)' filed petition and schedules and Certification of Business Debtor (attached hereto as Exhibit "A").

    2.   The Trustee, except to the extent that the Court orders otherwise, has investigated the acts, conduct, assets, liabilities, and financial condition of the Debtor(s), the operation of the Debtor(s)' business and the desirability of the continuance of such business, and any other matter relevant to the case or to the formulation of a plan.

    3.   Furthermore, in connection with the investigation, the Trustee has not ascertained any fact pertaining to fraud, dishonesty, incompetence, misconduct, mismanagement or irregularity in the management of the affairs of Debtor(s), or to a cause of action available to the estate.

| | |
|---|---|
| Dated: August 05, 2020 | Respectfully submitted, |
| ICB:   KES<br>via first class mail:<br>    ANTONIO E. MORALES | ***/s/ ISABEL C. BALBOA***<br>ISABEL C. BALBOA<br>Chapter 13 Standing Trustee |

Form 20020-00-Trustee's Statement; Chapter 13 Standing Trustee

# OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
## Isabel C. Balboa, Chapter 13 Standing Trustee

**Certification of Business Debtor**
for Closed or Inactive Sole Proprietorship, Limited Liability Company (LLC), Limited Liability Partnership (LLP), Partnership, or Corporation

Note: All field highlighted in red must be completed.

Debtor(s) Name: Antonio E Morales

Case Number:

E-Mail: antonio.Morales.Senior@gmail.com

I, as the Debtor(s) named above, being of full age & duly sworn upon my oath, depose and say:

My business name was: AEM Landscaping + Property Maintenance

The nature of my business was: Home Improvement

My EIN* from the IRS was: 81-0713509
(If no EIN#, enter last 4 digits of SS#)

*EIN# = Employer Identification Number also known as a Federal Tax Identification Number, used to identify a business entity.

My business was a:
- [x] Sole Proprietorship.
- [ ] Limited Liability Company.
- [ ] Limited Liability Partnership.
- [ ] Partnership.
- [ ] Corporation.

My business was located at:

My business started (mm/dd/yyyy): 12/2015

My business ended (mm/dd/yyyy): 7/2019

My ownership interest was (%): 100%

My business was:
- [ ] Dissolved or Cancelled
- [ ] Closed.
- [x] Inactive.
- [ ] Sold.

Federal Tax Returns have been filed with the IRS through the year ending:
- [ ] 12/31/2011.
- [ ] 12/31/2012.
- [ ] 12/31/2013.
- [ ] 12/31/2014.
- [x] 12/31/2015.
- [x] 12/31/2016.
- [x] 12/31/2017.
- [ ] 12/31/2018.
- [ ] 12/31/2019.
- [ ] 12/31/2020.
- [ ] Not Required.

**YOU MUST SUPPLY THE FOLLOWING DOCUMENT(S) WITH THIS CERTIFICATION OF BUSINESS DEBTOR:**

- [ ] PROVIDE THE CORPORATE DISSOLUTION OR LIQUIDATION (Form 966) FROM THE IRS or CERTIFCATE OF CANCELLATION (Form L-109) OR CERTIFICATE OF DISSOLUTION (Form C-159) FROM THE STATE OF NEW JERSEY.
- [x] PROVIDE COPIES OF THE LAST TWO (2) FILED TAX RETURNS, ALONG WITH ALL SUPPORTING SCHEDULES AND STATEMENTS. NOTE: Please redact SS#s (XXX-XX-1234), dependent(s)' names, and birth date.
- [ ] PROVIDE COPIES OF ALL BANK STATEMENTS FOR THE THREE (3) MONTHS PRIOR TO FILING. IF THE ACCOUNT HAS BEEN CLOSED WITHIN THE LAST THREE (3) MONTHS, PROVIDE THE LAST STATEMENT SHOWING THE ACCOUNT CLOSED or A LETTER FROM THE BANK INDICATING SAME. NOTE: Bank statements should include all pages and have all account numbers redacted except for the last four digits. A computer printout will not be accepted.

---

I declare, as the Debtor(s) named above, under penalty of perjury that the foregoing information is true and correct.

- [x] I have attached all required documents requested (i.e. Certificate of Cancellation, Tax Returns, Bank Statements.)
- [x] I read and acknowledge Responsibilities as a Business Debtor (www.standingtrustee.com/forms).
- [x] I understand that filing this documents under the Trustee's Filing System (T.F.S.) constitutes the Participant's signature for purposes of signing the document under Fed. R. Bankr. P. 9011.

/s/ Print Debtor's Name: Antonio Morales

/s/ Print Co-Debtor's Name:

Dated (mm/dd/yyyy): 2/10/20

# OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
## Isabel C. Balboa, Chapter 13 Standing Trustee

### Certification of Business Debtor
for Closed or Inactive Sole Proprietorship, Limited Liability Company (LLC), Limited Liability Partnership (LLP), Partnership, or Corporation

Note: All field highlighted in red must be completed.

Debtor(s) Name: Antonio E Morales

Case Number:

E-Mail: antonio.Morales.Senior@gmail.com

---

I, as the Debtor(s) named above, being of full age & duly sworn upon my oath, depose and say:

My business name was: AEM Landscaping + Property Maintenance

The nature of my business was: Home Improvement

My EIN* from the IRS was: 81-0713509
(If no EIN#, enter last 4 digits of SS#)

*EIN# = Employer Identification Number also known as a Federal Tax Identification Number, used to identify a business entity.

My business was a:
- [x] Sole Proprietorship.
- [ ] Limited Liability Company.
- [ ] Limited Liability Partnership.
- [ ] Partnership.
- [ ] Corporation.

My business was located at:

My business started (mm/dd/yyyy): 12/2015

My business ended (mm/dd/yyyy): 7/2019

My ownership interest was (%): 100%

My business was:
- [ ] Dissolved or Cancelled
- [ ] Closed.
- [x] Inactive.
- [ ] Sold.

Federal Tax Returns have been filed with the IRS through the year ending:
- [ ] 12/31/2011.
- [ ] 12/31/2012.
- [ ] 12/31/2013.
- [ ] 12/31/2014.
- [x] 12/31/2015.
- [x] 12/31/2016.
- [x] 12/31/2017.
- [ ] 12/31/2018.
- [ ] 12/31/2019.
- [ ] 12/31/2020.
- [ ] Not Required.

**YOU MUST SUPPLY THE FOLLOWING DOCUMENT(S) WITH THIS CERTIFICATION OF BUSINESS DEBTOR:**

- [ ] PROVIDE THE CORPORATE DISSOLUTION OR LIQUIDATION (Form 966) FROM THE IRS or CERTIFCATE OF CANCELLATION (Form L-109) OR CERTIFICATE OF DISSOLUTION (Form C-159) FROM THE STATE OF NEW JERSEY.
- [x] PROVIDE COPIES OF THE LAST TWO (2) FILED TAX RETURNS, ALONG WITH ALL SUPPORTING SCHEDULES AND STATEMENTS. NOTE: Please redact SS#s (XXX-XX-1234), dependent(s)' names, and birth date.
- [ ] PROVIDE COPIES OF ALL BANK STATEMENTS FOR THE THREE (3) MONTHS PRIOR TO FILING. IF THE ACCOUNT HAS BEEN CLOSED WITHIN THE LAST THREE (3) MONTHS, PROVIDE THE LAST STATEMENT SHOWING THE ACCOUNT CLOSED or A LETTER FROM THE BANK INDICATING SAME. NOTE: Bank statements should include all pages and have all account numbers redacted except for the last four digits. A computer printout will not be accepted.

---

I declare, as the Debtor(s) named above, under penalty of perjury that the foregoing information is true and correct.

- [x] I have attached all required documents requested (i.e. Certificate of Cancellation, Tax Returns, Bank Statements.)
- [x] I read and acknowledge Responsibilities as a Business Debtor (www.standingtrustee.com/forms).
- [x] I understand that filing this documents under the Trustee's Filing System (T.F.S.) constitutes the Participant's signature for purposes of signing the document under Fed. R. Bankr. P. 9011.

/s/ Print Debtor's Name: Antonio Morales

/s/ Print Co-Debtor's Name:

Dated (mm/dd/yyyy): 2/10/20