Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]  
Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 20-13571 (JNP)**

Antonio E. Morales  
4514 Cooper Avenue  
Pennsauken, NJ  08109

Monthly Payment: $715.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/11/2021 | $550.00 | 02/09/2021 | $550.00 | 03/09/2021 | $550.00 | 04/09/2021 | $550.00 |
| 05/10/2021 | $550.00 | 06/09/2021 | $550.00 | 07/30/2021 | $715.00 | 09/17/2021 | $715.00 |
| 10/19/2021 | $715.00 | 11/19/2021 | $715.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ANTONIO E. MORALES | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $4,090.00 | $4,090.00 | $0.00 | $3,441.68 |
| 1 | ATTORNEY GENERAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | PENDRICK CAPITAL PARTNERS II, LLC | 33 | $1,307.00 | $0.00 | $0.00 | $0.00 |
| 4 | CENTRAL RESEARCH, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | COMCAST | 33 | $653.79 | $0.00 | $0.00 | $0.00 |
| 6 | COMCAST | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CONSTELLATION NEW ENERGY, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CONVERGENT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | CONVERGENT COMMERCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CREDIT COLLECTION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | CREDIT COLLECTION SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | STATE OF NEW JERSEY | 28 | $6,398.50 | $0.00 | $6,398.50 | $0.00 |
| 13 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $1,421.00 | $0.00 | $0.00 | $0.00 |
| 14 | FINANCIAL RECOVERIES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | FIRST FEDERAL CREDIT CONTROL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | HRRG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | Haddon Emergency Physicians | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | DEPARTMENT OF THE TREASURY | 28 | $66.43 | $0.00 | $66.43 | $0.00 |
| 19 | JEFFERSON HEALTH NJ | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | KML LAW GROUP PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | LOURDES IMAGING ASSOCIATES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | LYONS, DOUGHTY & VELDHUIS PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | MIDFIRST BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | MIDFIRST BANK | 24 | $21,667.44 | $4,916.51 | $16,750.93 | $0.00 |
| 25 | NATTASSIA CABAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | NJM INSURANCE COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | PSE&G | 33 | $1,577.20 | $0.00 | $0.00 | $0.00 |
| 28 | TOWNSHIP OF PENNSAUKEN | 24 | $2,562.84 | $581.53 | $1,981.31 | $0.00 |
| 29 | PROGRESSIVE DRIVE INSURANCE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | RADIUS GLOBAL SOLUTIONS, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | CAMDEN COUNTY MUA | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | TRANSWORLD SYSTEMS INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | TRU GREEN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | DEPARTMENT OF THE TREASURY | 33 | $88.87 | $0.00 | $0.00 | $0.00 |
| 36 | US ATTORNEY'S OFFICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | US DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | US DEPARTMENT OF EDUCATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | WAYPOINT RESOURCE GROUP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | WESTLAKE SERVICES, LLC | 33 | $8,553.28 | $0.00 | $0.00 | $0.00 |
| 41 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | JOSEPH J. ROGERS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2020 | 13.00 | $0.00 |
| 05/01/2021 | Paid to Date | $7,040.00 |
| 06/01/2021 | 44.00 | $715.00 |
| 02/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,160.00 |
| Total paid to creditors this period: | $3,441.68 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $1,595.00 |
| Attorney: | JOSEPH J. ROGERS, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**