UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
Isabel C. Balboa, Esquire (IB 4082)
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, New Jersey 08002
(856) 663-5002

In Re:

Antonio E. Morales

Debtor(s)'

Case No. 20-13571 (JNP)

Judge: Jerrold N. Poslusny Jr.

STIPULATION ADJUSTING TRUSTEE PAYMENTS

**WHEREAS**, a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS**, the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

**NOW THEREFORE**, the Trustee and counsel for Debtor hereby agree as follow: Debtor's case be and is hereby allowed to continue at $13,310.00 total receipts applied to plan, then $804.00 per month for the remaining thirty-two (32) months, commencing June 1, 2022 for a total of fifty-eight (58) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on August 5, 2020 remain in effect.

_____
Joseph J. Rogers, Esquire
Attorney for Debtor

Dated: 5/19/22

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated: 5/24/2022

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978

Page 2 of 2