# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
MidFirst Bank

CASE NO. 20-13571 JNP
CHAPTER 13
Judge: Jerrold N. Poslusny Jr.

In re:

Antonio E Morales

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 04/12/2017

I, __Madison Graspo__, employed as __Vice President__ by MidFirst Bank, hereby certifies the following information:
Recorded on May 1, 2017 in Camden County, in Book 10620, at Page 865.
Property Address: 4514 Cooper Avenue, Pennsauken NJ 08109.

Mortgage Holder: MidFirst Bank

Mortgagor(s)/ Debtor(s): Antonio E Morales

POST-PETITION PAYMENTS (Petition filed on March 02, 2020)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order entered May 18, 2022 | | | | | - |
| $1,992.72 | 06/01/2022 | 06/2022 | $1,993.00 | 05/18/2022 | $0.28 |
| $987.67 AO Payment 1/6 | 06/01/2022 | AO Payment | $987.67 | 06/08/2022 | $0.28 |
| | | To Suspense | $2,981.00 | 07/07/2022 | $2,981.28 |
| $1,992.72 | 07/01/2022 | 07/2022 | From Suspense | 07/15/2022 | $988.56 |
| $987.67 AO Payment 2/6 | 07/01/2022 | AO Payment | From Suspense | 07/15/2022 | $0.89 |
| | | To Suspense | $2,981.00 | 08/12/2022 | $2,981.89 |
| $1,992.72 | 08/01/2022 | 08/2022 | From Suspense | 08/24/2022 | $989.17 |
| $987.67 AO Payment 3/6 | 08/01/2022 | AO Payment | From Suspense | 08/24/2022 | $1.50 |
| | | To Suspense | $2,981.00 | 09/20/2022 | $2,982.50 |
| | | To Suspense | $2,981.00 | 10/19/2022 | $5,963.50 |
| $1,992.72 | 09/01/2022 | 09/2022 | From Suspense | 10/24/2022 | $3,970.78 |
| $987.67 AO Payment 4/6 | 09/01/2022 | AO Payment | From Suspense | 10/24/2022 | $2,983.11 |
| $1,992.72 | 10/01/2022 | 10/2022 | From | 10/24/2022 | $990.39 |

| | | | Suspense | | |
|---|---|---|---|---|---|
| $987.67 AO Payment 4/6 | 10/01/2022 | AO Payment | From Suspense | 10/24/2022 | $2.72 |
| | | To Suspense | $2,600.00 | 12/07/2022 | $2,602.72 |
| $1,992.72 | 11/01/2022 | 11/2022 | From Suspense | 12/08/2022 | $610.00 |
| $987.67 AO Payment 5/6 | 11/01/2022 | AO Payment | $0.00 | | $610.00 |
| $1,814.05 | 12/01/2022 | 12/2022 | $0.00 | | $610.00 |
| $975.71 AO Payment 6/6 | 12/01/2022 | | $0.00 | | $610.00 |
| **Total Due: $20,672.10** | | **Total Received: $17,504.67** | | **Arrears: $3,167.43** | |

Continue on attached sheets if necessary.

Monthly payments past due: 1 mo. X $1,814.05
Agreed Order payments past due: 1 X $987.67, 1 X $975.71
Arrears: $3,167.43

Each current monthly payment is comprised of:
    Principal and Interest:  $988.52
    R.E. Taxes:  $_____
    Insurance:  $_____
    Other:  $825.53  (Specify: Escrow)
    TOTAL  $1,814.05

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
NOPC effective 2/1/2021: $1,776.60
NOPC effective 2/1/2022: $1,992.72
NOPC effective 12/1/2022: $1,814.05

PRE-PETITION ARREARS: $21,667.44

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 01/10/2023

Signature    Madison Graspo