Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

    Case No.: 20−13571−JNP
    Chapter: 13
    Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Antonio E Morales
   4514 Cooper Ave
   Merchantville, NJ 08109

Social Security No.:
   xxx−xx−7641

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 2/7/23 at 11:00 AM

to consider and act upon the following:

*39* – CertificationOther in Opposition to (related document:38 Creditor's Certification of Default (related document:29 Motion for Relief from Co−Debtor Stay of Nattassia Caban filed by Creditor MIDFIRST BANK, Motion for Relief from Stay re: re: 4514 Cooper Avenue, Merchantville, NJ 08109. Fee Amount $ 188., 32 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 01/25/2023. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Joseph J. Rogers on behalf of Antonio E Morales. (Rogers, Joseph)

Dated: 1/17/23

                        Jeanne Naughton
                        Clerk, U.S. Bankruptcy Court