Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 20−13571−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s)) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Antonio E Morales
   4514 Cooper Ave
   Merchantville, NJ 08109

Social Security No.:
   xxx−xx−7641

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 2/7/23 at 11:00 AM

to consider and act upon the following:

*39 −* CertificationOther in Opposition to (related document:38 Creditor's Certification of Default (related document:29 Motion for Relief from Co−Debtor Stay of Nattassia Caban filed by Creditor MIDFIRST BANK, Motion for Relief from Stay re: re: 4514 Cooper Avenue, Merchantville, NJ 08109. Fee Amount $ 188., 32 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 01/25/2023. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Joseph J. Rogers on behalf of Antonio E Morales. (Rogers, Joseph)

Dated: 1/17/23

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-13571-JNP |
| Antonio E Morales | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 17, 2023 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2023:**

**Recip ID         Recipient Name and Address**
db              + Antonio E Morales, 4514 Cooper Ave, Merchantville, NJ 08109-2916

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2023               Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2023 at the address(es) listed below:**

**Name                Email Address**

Denise E. Carlon
                    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa
                    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
                    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Joseph J. Rogers
                    on behalf of Debtor Antonio E Morales jjresq@comcast.net  jjrogers0507@gmail.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5