UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Antonio E. Morales

Case No.: 20-13571JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

## NOTICE OF PROPOSED PRIVATE SALE

Antonio E. Morales, Debtor, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: Clerk of the Bankruptcy Court, U.S. Bankruptcy Court, U.S. Post Office & Courthouse Building, PO Box 2067, Camden, NJ 08101-2067

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on March 14, 2023 at 11:00 a.m. at the United States Bankruptcy Court, courtroom no. 4C, Camden, New Jersey. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:
4514 Cooper Avenue
Pennsauken, NJ 08109

Proposed Purchaser: Mark and Amanda Ehrenreich

Sale price: $325,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Sara Hawkin, Keller Williams Realty
Amount to be paid: 5.5%
Services rendered: Assist with sale and marketing of property.

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Joseph J. Rogers, Esq

Address: 900 Route 168, Suite I-4, Turnersville, NJ 08021

Telephone No.: 856-228-7964 / fax:856-228-7965

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-13571-JNP |
| Antonio E Morales | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 15, 2023 | Form ID: pdf905 | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Antonio E Morales, 4514 Cooper Ave, Merchantville, NJ 08109-2916 |
| 518743274 | + | Attorney General, PO Box 080, Hughes Justice Complex, Trenton, NJ 08625-0080 |
| 518743280 | + | Constellation New Energy, Inc., PO Box 5471, Carol Stream, IL 60197-5471 |
| 518743282 | + | Convergent Commercial, C/O NJ Manufacturers Ins., 925 Westchester Ave. Suite 101, West Harrison, NY 10604-3562 |
| 518743285 | + | Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 518743289 | | Haddon Emergency Physicians, PO Box 41541, Philadelphia, PA 19101-1541 |
| 518743292 | + | Jefferson Health NJ, 500 Marlboro Ave, Cherry Hill, NJ 08002-2020 |
| 518743294 | | Lourdes Imaging Associates, PO Box 3012, Wilmington, DE 19804-0012 |
| 518803228 | + | MidFirst Bank., Denise Carlon, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518743296 | | Midfirst Bank, One Grand Central Place, 60 E 42nd St, New York, NY 10165 |
| 519025786 | + | NEW JERSEY MANUFACTURERS INSURANCE COMPANY, 301 SULLIVAN WAY, W TRENTON, NJ 08628-3496 |
| 518743298 | + | Nattassia Caban, 4514 Cooper Ave, Pennsauken, NJ 08109-2916 |
| 518743301 | + | New Jersey Manufacturers Insurance Co., 301 Sullivan Way, West Trenton, NJ 08628-3496 |
| 518823990 | + | PSE&G, Attn: Bankruptcy Department, P O Box 709, Newark NJ 07101-0709 |
| 519753207 | + | Pennsauken Sewerage Authority, 1250 John Tipton Blvd, Pennsauken, NJ 08110-2322 |
| 518743302 | + | Pennsauken Tax Office, 5605 N. Crescent Boulevard, Pennsauken, NJ 08110-1834 |
| 518743306 | | Regional Sewer Service, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 519029259 | | State of New Jersey, Department of Treasury, Division of Taxation, Bankruptcy Unit, PO Box 245 Trenton, NJ 08695-0245 |
| 518743310 | + | US Attorney's Office, 7th Floor, 970 Broad Street, Newark, NJ 07102-2527 |
| 518743311 | + | US Department Of Education, PO Box 15028, Atlanta, GA 30333-0028 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 15 2023 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 15 2023 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518743286 | | Email/Text: akron_patient_services@teamhealth.com | Feb 15 2023 20:43:00 | Emergency Phy Assoc of SJ, 3585 Ridge Park Drive, Akron, OH 44333 |
| 518761297 | + | Email/Text: documentfiling@lciinc.com | Feb 15 2023 20:42:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518743275 | ^ | MEBN | Feb 15 2023 20:39:43 | Capital Bank, Attn: Bankruptcy, 1 Church St. # 300, Rockville, MD 20850-4190 |
| 518743276 | + | Email/Text: ngisupport@radiusgs.com | Feb 15 2023 20:43:00 | Central Credit Services, LLC, 9550 Regency Square Blvd, Suite 500 A, Jacksonville, FL 32225-8169 |
| 518743278 | + | Email/Text: documentfiling@lciinc.com | | |

Case 20-13571-JNP    Doc 51    Filed 02/17/23    Entered 02/18/23 00:14:33    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 15, 2023 | Form ID: pdf905 | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 15 2023 20:42:00 | Comcast Cable Communications Management, One Comcast Center, Philadelphia, PA 19103-2833 |
| 518743279 | + | Email/Text: documentfiling@lciinc.com | | |
| | | | Feb 15 2023 20:42:00 | Comcast Xfinity Cable, PO Box 3001, Southeastern, PA 19398-3001 |
| 518743281 | + | Email/Text: convergent@ebn.phinsolutions.com | | |
| | | | Feb 15 2023 20:43:00 | Convergent, 800 Sw 39th St, Renton, WA 98057-4927 |
| 518743283 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |
| | | | Feb 15 2023 20:43:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 518743284 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |
| | | | Feb 15 2023 20:43:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 518811192 | ^ | MEBN | | |
| | | | Feb 15 2023 20:39:26 | Emergency Physician Associates of S Jersey, PO Box 1123, Minneapolis, MN 55440-1123 |
| 518743288 | | Email/Text: rj@ffcc.com | | |
| | | | Feb 15 2023 20:42:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 518743287 | ^ | MEBN | | |
| | | | Feb 15 2023 20:39:50 | Financial Recoveries, PO Box 1388, Mt Laurel, NJ 08054-7388 |
| 518743290 | ^ | MEBN | | |
| | | | Feb 15 2023 20:39:43 | HRRG, PO BOX 8486, Coral Springs, FL 33075-8486 |
| 518743291 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Feb 15 2023 20:43:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518743295 | + | Email/Text: BKNotice@ldvlaw.com | | |
| | | | Feb 15 2023 20:43:00 | Lyons, Doughty & Veldhuis PC, 136 Gaither Drive Suite 100, Mt Laurel, NJ 08054-2239 |
| 518831444 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | Feb 15 2023 20:50:12 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518743297 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | Feb 15 2023 20:49:30 | Midland Mortgage Company, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 518816457 | | Email/Text: perituspendrick@peritusservices.com | | |
| | | | Feb 15 2023 20:42:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518743304 | ^ | MEBN | | |
| | | | Feb 15 2023 20:39:37 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518743303 | | Email/Text: Triage_Bankruptcy_Notices@progressive.com | | |
| | | | Feb 15 2023 20:43:00 | Progressive Drive Insurance, PO Box 7247-0311, Philadelphia, PA 19170-0311 |
| 518743305 | + | Email/Text: ngisupport@radiusgs.com | | |
| | | | Feb 15 2023 20:43:00 | Radius Global Solutions, LLC, PO BOX 390846, Minneapolis, MN 55439-0846 |
| 518753901 | | Email/Text: tax@pennsauken.gov | | |
| | | | Feb 15 2023 20:42:00 | PENNSAUKEN TOWNSHIP, 5605 N CRESCENT BLVD, PENNSAUKEN, NJ 08110 |
| 518743307 | + | Email/Text: bankruptcydepartment@tsico.com | | |
| | | | Feb 15 2023 20:43:00 | Transworld Systems Inc., 500 Virginia Drive Suite 514, Fort Washington, PA 19034-2733 |
| 518743309 | ^ | MEBN | | |
| | | | Feb 15 2023 20:40:05 | US Attorney General, US Department of Justice, 950 Pennsylvania Avenue, Washington, DC 20530-0009 |
| 518743312 | + | Email/Text: edbknotices@ecmc.org | | |
| | | | Feb 15 2023 20:43:00 | US Department of Education, PO box 790336, Saint Louis, MO 63179-0336 |
| 518743313 | ^ | MEBN | | |
| | | | Feb 15 2023 20:39:47 | Waypoint Resource Group, Attn: Bankruptcy, 301 Sundance Pwy, Round Rock, TX 78681-8004 |
| 518743314 | + | Email/Text: bankruptcynotice@westlakefinancial.com | | |
| | | | Feb 15 2023 20:43:00 | Westlake Financial Services, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |
| 518811134 | + | Email/Text: bankruptcynotice@westlakefinancial.com | | |
| | | | Feb 15 2023 20:43:00 | Westlake Financial Services, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518743299 | *+ | Nattassia Caban, 4514 Cooper Ave, Pennsauken, NJ 08109-2916 |
| 518743300 | *+ | Nattassia Caban, 4514 Cooper Ave, Pennsauken, NJ 08109-2916 |
| 518743277 | ##+ | Central Research, Inc., PO Box 1460, Lowell, AR 72745-1460 |
| 518743293 | ##+ | KML Law Group PC, 216 Haddon Avenue Suite 406, Collingswood, NJ 08108-2812 |
| 518743308 | ##+ | Tru Green, 860 Ridge Lake Boulevard, Memphis, TN 38120-9408 |

TOTAL: 0 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 17, 2023    Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joseph J. Rogers | on behalf of Debtor Antonio E Morales jjresq@comcast.net jjrogers0507@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5