Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  20–13571–JNP
                Chapter:  13
                Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Antonio E Morales
  4514 Cooper Ave
  Merchantville, NJ 08109

Social Security No.:
  xxx–xx–7641

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I  Priscilla Quiles , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

4514 Cooper Avenue,Pennsauken, NJ 08109


Dated: March 8, 2023
JAN:

                                                                                                Jeanne Naughton
                                                                                                 Clerk