UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Isabel C. Balboa, Esquire (IB 4082)
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, New Jersey 08002
(856) 663-5002

In Re:

    Antonio E. Morales

                      Debtor

Case No. 20-13571 (JNP)

Judge: Jerrold N. Poslusny Jr.

STIPULATION ADJUSTING TRUSTEE PAYMENTS

**WHEREAS**, a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS**, the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

**NOW THEREFORE**, the Trustee and counsel for Debtor hereby agree as follow:

1. Debtor's case be and is hereby allowed to continue at $20,736.00 total receipts applied to plan, then $1,018.00 per month for the remaining twenty (20) months commencing June 1, 2023, for a total of fifty-eight (58) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on August 5, 2020 remain in effect.

_____
Barbara J. Snavely, Esquire
Attorney for Debtor

Dated: 6/6/23

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated: 6/8/2023