Certificate Number: 20668-NJ-DE-038352885

Bankruptcy Case Number: 20-13571



20668-NJ-DE-038352885

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 4, 2024</u>, at <u>4:59</u> o'clock <u>PM EDT</u>, <u>Antonio E Morales</u> completed a course on personal financial management given <u>by internet</u> by <u>Andrew Finberg</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>April 5, 2024</u>             By:   <u>/s/Consuelo v Gerhardt</u>

                                        Name:   <u>Consuelo v Gerhardt</u>

                                        Title:   <u>Financial Educator</u>