**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Antonio E Morales<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx−xx−7641<br>EIN   __−_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __−_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20−13571−JNP | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Antonio E Morales

5/22/24

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Antonio E Morales  
    Debtor

Case No. 20-13571-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: May 22, 2024      Form ID: 3180W      Total Noticed: 53

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Antonio E Morales, 4514 Cooper Ave, Merchantville, NJ 08109-2916 |
| sp | + | Barbara J Snavely, Washington Professional Campus, Suite I-4 900 Route 168, Turnersville, NJ 08012-3212 |
| r | + | Keller Williams, 513 South Lenola Road, Moorestown, NJ 08057-1550 |
| r | + | Sara Hawken, Keller Williams Realty, 513 South Lenola Road, Moorestown, NJ 08057-1550 |
| 518743274 | + | Attorney General, PO Box 080, Hughes Justice Complex, Trenton, NJ 08625-0080 |
| 518743280 | + | Constellation New Energy, Inc., PO Box 5471, Carol Stream, IL 60197-5471 |
| 518743282 | + | Convergent Commercial, C/O NJ Manufacturers Ins., 925 Westchester Ave. Suite 101, West Harrison, NY 10604-3562 |
| 518743285 | + | Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 518743289 | | Haddon Emergency Physicians, PO Box 41541, Philadelphia, PA 19101-1541 |
| 518743292 | + | Jefferson Health NJ, 500 Marlboro Ave, Cherry Hill, NJ 08002-2020 |
| 518743294 | | Lourdes Imaging Associates, PO Box 3012, Wilmington, DE 19804-0012 |
| 518803228 | + | MidFirst Bank., Denise Carlon, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518743296 | | Midfirst Bank, One Grand Central Place, 60 E 42nd St, New York, NY 10165 |
| 518743298 | + | Nattassia Caban, 4514 Cooper Ave, Pennsauken, NJ 08109-2916 |
| 518823990 | + | PSE&G, Attn: Bankruptcy Department, P O Box 709, Newark NJ 07101-0709 |
| 519753207 | + | Pennsauken Sewerage Authority, 1250 John Tipton Blvd, Pennsauken, NJ 08110-2322 |
| 518743302 | + | Pennsauken Tax Office, 5605 N. Crescent Boulevard, Pennsauken, NJ 08110-1834 |
| 518743306 | | Regional Sewer Service, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 518743310 | + | US Attorney's Office, 7th Floor, 970 Broad Street, Newark, NJ 07102-2527 |
| 518743311 | + | US Department Of Education, PO Box 15028, Atlanta, GA 30333-0028 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 22 2024 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 22 2024 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518743286 | | Email/Text: akron_patient_services@teamhealth.com | May 22 2024 20:36:00 | Emergency Phy Assoc of SJ, 3585 Ridge Park Drive, Akron, OH 44333 |
| 518761297 | + | EDI: COMCASTCBLCENT | May 23 2024 00:24:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518743275 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 22 2024 20:42:05 | Capital Bank, Attn: Bankruptcy, 1 Church St. # 300, Rockville, MD 20850-4190 |
| 518743276 | + | Email/Text: ngisupport@radiusgs.com | May 22 2024 20:36:00 | Central Credit Services, LLC, 9550 Regency Square Blvd, Suite 500 A, Jacksonville, FL 32225-8169 |
| 518743278 | + | EDI: COMCASTCBLCENT | | |

Case 20-13571-JNP    Doc 85    Filed 05/24/24    Entered 05/25/24 00:19:03    Desc Imaged
                          Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 22, 2024 | Form ID: 3180W | Total Noticed: 53 |

| | | | |
|---|---|---|---|
| | | May 23 2024 00:24:00 | Comcast Cable Communications Management, One Comcast Center, Philadelphia, PA 19103-2833 |
| 518743279 | + EDI: COMCASTCBLCENT | May 23 2024 00:24:00 | Comcast Xfinity Cable, PO Box 3001, Southeastern, PA 19398-3001 |
| 518743281 | + EDI: CONVERGENT.COM | May 23 2024 00:30:00 | Convergent, 800 Sw 39th St, Renton, WA 98057-4927 |
| 518743283 | + EDI: CCS.COM | May 23 2024 00:30:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 518743284 | + EDI: CCS.COM | May 23 2024 00:30:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 518811192 | Email/Text: BNCnotices@dcmservices.com | May 22 2024 20:36:00 | Emergency Physician Associates of S Jersey, PO Box 1123, Minneapolis, MN 55440-1123 |
| 518743288 | Email/Text: rj@ffcc.com | May 22 2024 20:36:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 518743287 | ^ MEBN | May 22 2024 20:34:15 | Financial Recoveries, PO Box 1388, Mt Laurel, NJ 08054-7388 |
| 518743290 | ^ MEBN | May 22 2024 20:35:15 | HRRG, PO BOX 8486, Coral Springs, FL 33075-8486 |
| 518743291 | + EDI: IRS.COM | May 23 2024 00:24:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518743295 | + Email/Text: BKNotice@ldvlaw.com | May 22 2024 20:36:00 | Lyons, Doughty & Veldhuis PC, 136 Gaither Drive Suite 100, Mt Laurel, NJ 08054-2239 |
| 518831444 | + EDI: AISMIDFIRST | May 23 2024 00:24:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518743297 | + EDI: AISMIDFIRST | May 23 2024 00:24:00 | Midland Mortgage Company, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 519025786 | + Email/Text: legalcollections@njm.com | May 22 2024 20:36:00 | NEW JERSEY MANUFACTURERS INSURANCE COMPANY, 301 SULLIVAN WAY, W TRENTON, NJ 08628-3496 |
| 518743301 | + Email/Text: legalcollections@njm.com | May 22 2024 20:36:00 | New Jersey Manufacturers Insurance Co., 301 Sullivan Way, West Trenton, NJ 08628-3496 |
| 518816457 | Email/Text: perituspendrick@peritusservices.com | May 22 2024 20:36:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518823990 | ^ MEBN | May 22 2024 20:35:41 | PSE&G, Attn: Bankruptcy Department, P O Box 709, Newark NJ 07101-0709 |
| 518743304 | ^ MEBN | May 22 2024 20:35:05 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518743303 | Email/Text: Triage_Bankruptcy_Notices@progressive.com | May 22 2024 20:36:00 | Progressive Drive Insurance, PO Box 7247-0311, Philadelphia, PA 19170-0311 |
| 518743305 | + Email/Text: ngisupport@radiusgs.com | May 22 2024 20:36:00 | Radius Global Solutions, LLC, PO BOX 390846, Minneapolis, MN 55439-0846 |
| 519029259 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 22 2024 20:36:00 | State of New Jersey, Department of Treasury, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 518753901 | Email/Text: tax@pennsauken.gov | May 22 2024 20:36:00 | PENNSAUKEN TOWNSHIP, 5605 N CRESCENT BLVD, PENNSAUKEN, NJ 08110 |
| 518743307 | + Email/Text: bankruptcydepartment@tsico.com | May 22 2024 20:37:00 | Transworld Systems Inc., 500 Virginia Drive Suite 514, Fort Washington, PA 19034-2733 |
| 518743309 | ^ MEBN | May 22 2024 20:35:41 | US Attorney General, US Department of Justice, 950 Pennsylvania Avenue, Washington, DC 20530-0009 |

| 518743312 | + | Email/Text: edbknotices@ecmc.org | May 22 2024 20:36:00 | US Department of Education, PO box 790336, Saint Louis, MO 63179-0336 |
| 518743313 | ^ | MEBN | May 22 2024 20:33:59 | Waypoint Resource Group, Attn: Bankruptcy, 301 Sundance Pwy, Round Rock, TX 78681-8004 |
| 518743314 | + | Email/Text: bankruptcynotice@westlakefinancial.com | May 22 2024 20:37:00 | Westlake Financial Services, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |
| 518811134 | + | Email/Text: bankruptcynotice@westlakefinancial.com | May 22 2024 20:37:00 | Westlake Financial Services, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518743299 | *+ | Nattassia Caban, 4514 Cooper Ave, Pennsauken, NJ 08109-2916 |
| 518743300 | *+ | Nattassia Caban, 4514 Cooper Ave, Pennsauken, NJ 08109-2916 |
| 518743277 | ##+ | Central Research, Inc., PO Box 1460, Lowell, AR 72745-1460 |
| 518743293 | ##+ | KML Law Group PC, 216 Haddon Avenue Suite 406, Collingswood, NJ 08108-2812 |
| 518743308 | ##+ | Tru Green, 860 Ridge Lake Boulevard, Memphis, TN 38120-9408 |

TOTAL: 0 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Barbara J. Snavely | on behalf of Debtor Antonio E Morales jjresq1@comcast.net |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6